**INSTITUTE FOR JUSTICE**
Jeffrey Rowes (admitted *pro hac vice*)
816 Congress Ave., Suite 960
Austin, TX 78701
(512) 480-5936
jrowes@ij.org
Adam Griffin (admitted *pro hac vice*)
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
(703) 682-9320
agriffin@ij.org
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Thomas V. Loran III (CA Bar No. 95255)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
(415) 983-1865
thomas.loran@pillsburylaw.com
Derek M. Mayor (CA Bar No. 307171)
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
(916) 329-4703
derek.mayor@pillsburylaw.com
*Attorneys for Plaintiffs Full Circle of Living and Dying; Bonnie "Akhila" Murphy; Donna Peizer; Pamela Yazell; Kay Hogan; Janaia Donaldson; and Robin Mallgren*

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
DIANN SOKOLOFF, State Bar No. 161082
Supervising Deputy Attorney General
JULIANNE MOSSLER, State Bar No. 249743
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-1349
Fax: (510) 622-2270
E-mail: Julianne.Mossler@doj.ca.gov
*Attorneys for Defendants Gina Sanchez, Kimberly Kirchmeyer, and Lourdes Castro Ramirez*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FULL CIRCLE OF LIVING AND DYING, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>GINA SANCHEZ in her official capacity as Bureau Chief of the Cemetery and Funeral Bureau, et al.,<br><br>　　　　　Defendants. | No.: 2:20-cv-01306-KJM-KJN<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANTS' ANSWER TO COMPLAINT; ORDER**<br><br>**[Fed. R. Civ. P. 6, 83; L.R. 143, 144]** |

All parties, through their respective counsel, stipulate under Federal Rules of Civil Procedure 6 and 83 and Local Rules 143 and 144 to an extension of time of 28 days, up to and including February 9, 2021, for Defendants to file their Answer with the Court. This is the first request for an extension of time on behalf of Defendants.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: January 11, 2021　　　　　　INSTITUTE FOR JUSTICE

　　　　　　　　　　　　　　　　　　　By: /s/ Jeffrey Rowes
　　　　　　　　　　　　　　　　　　　　　JEFFREY ROWES
　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

Dated: January 11, 2021　　　　　　XAVIER BECERRA
　　　　　　　　　　　　　　　　　　　Attorney General of California
　　　　　　　　　　　　　　　　　　　DIANN SOKOLOFF
　　　　　　　　　　　　　　　　　　　Supervising Deputy Attorney General

　　　　　　　　　　　　　　　　　　　By: /s/ Julianne Mossler
　　　　　　　　　　　　　　　　　　　　　JULIANNE MOSSLER
　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

1     **IT IS SO ORDERED.**

2  DATED: January 13, 2021.

                                          CHIEF UNITED STATES DISTRICT JUDGE