**INSTITUTE FOR JUSTICE**
Jeffrey Rowes (admitted *pro hac vice*)
816 Congress Ave., Suite 960
Austin, TX 78701
(512) 480-5936
jrowes@ij.org

Benjamin A. Field (admitted *pro hac vice*)
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
(703) 682-9320
bfield@ij.org

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Thomas V. Loran III (CA Bar No. 95255)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
(415) 983-1865
thomas.loran@pillsburylaw.com

Derek M. Mayor (CA Bar No. 307171)
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
(916) 329-4703
derek.mayor@pillsburylaw.com

*Attorneys for Plaintiffs Full Circle of Living and Dying; Bonnie "Akhila" Murphy; Donna Peizer; Pamela Yazell; Kay Hogan; Janaia Donaldson; and Robin Mallgren*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FULL CIRCLE OF LIVING AND DYING, et al.,<br><br>             Plaintiffs,<br>v.<br><br>GINA SANCHEZ in her official capacity as Bureau Chief of the Cemetery and Funeral Bureau, et al.,<br><br>             Defendants. | No. 2:20-cv-01306-KJM-KJN<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:        December 17, 2021<br>Time:        10:00 a.m.<br>Courtroom: 3, 15th Floor<br>Judge:       Hon. Kimberley J. Mueller |

1  PLEASE TAKE NOTICE that on December 17, 2021, at 10:00 a.m. in the above-entitled Court, Plaintiffs Full Circle of Living and Dying; Bonnie "Akhila" Murphy; Donna Peizer; Pamela Yazell; Kay Hogan; Janaia Donaldson; and Robin Mallgren will, and hereby do, move for summary judgment on all their claims pursuant to Rule 56 of the Federal Rules of Civil Procedure. Plaintiffs' motion is made on the ground that there is no genuine dispute as to any material fact and that Plaintiffs are entitled to judgment as a matter of law on all of their claims.

This motion is based on this Notice and the accompanying Memorandum of Points and Authorities; Statement of Undisputed Material Facts; Declarations (with attached exhibits) of Jeffrey Rowes, Bonnie "Akhila" Murphy, Donna Peizer, Pamela Yazell, Janaia Donaldson, and Kay Hogan; all pleadings and papers on file in this action; and upon such other argument and additional evidence as may be presented to the Court prior to or at the time of hearing.

Consistent with the Court's standing order on civil motions, counsel for Plaintiffs and Defendants met and conferred both at a virtual conference on Monday, November 15, 2021, and by email to discuss the substance of their respective motions for summary judgment. They were unable to come to a resolution and have exhausted those efforts.

Dated: November 19, 2021.

Respectfully submitted,

| | |
|---|---|
| Derek M. Mayor (CA Bar No. 307171)<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>500 Capitol Mall, Suite 1800<br>Sacramento, CA 95814<br>(916) 329-4703<br>derek.mayor@pillsburylaw.com | /s/ Jeff Rowes<br>Jeff Rowes* (TX Bar No. 24104956)<br>INSTITUTE FOR JUSTICE<br>816 Congress Ave., Suite 960<br>Austin, TX 78701<br>(512) 480-5936<br>jrowes@ij.org |
| Thomas V. Loran III (CA Bar No. 95255)<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111<br>(415) 983-1865<br>thomas.loran@pillsburylaw.com | Benjamin A. Field* (NY Bar No. 5430129)<br>INSTITUTE FOR JUSTICE<br>901 N. Glebe Rd., Suite 900<br>Arlington, VA 22203<br>(703) 682-9320<br>bfield@ij.org |

*Admitted *pro hac vice*

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system on all counsel of record.

/s/ Jeff Rowes
Jeff Rowes

*Attorney for Plaintiffs*