

United States District Court
Eastern District of California

| | |
|---|---|
| Full Circle of Living and Dying, et al. | Case Number: 2:20-cv-01306-KJM-KJN |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Gina Sanchez, et al. | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jessica Pezley hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Full Circle of Living and Dying, et al.

On October 10, 2014 (date), I was admitted to practice and presently in good standing in the Supreme Court of Oregon (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/18/2021       Signature of Applicant: /s/ Jessica Pezley

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jessica Pezley |
| Law Firm Name: | Compassion & Choices |
| Address: | 1001 Connecticut Ave |
| | NW Ste 522 |
| City: | Washington  State: DC  Zip: 20036 |
| Phone Number w/Area Code: | (202) 805-0502 |
| City and State of Residence: | Washington, DC |
| Primary E-mail Address: | jpezley@compassionandchoices.org |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | John Kappos |
| Law Firm Name: | O'Melveny & Myers |
| Address: | 610 Newport Center Drive |
| | 17th Floor |
| City: | Newport Beach  State: CA  Zip: 92660 |
| Phone Number w/Area Code: | (949) 832-6900  Bar #: 171977 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 11/30/21

_/s/ signature_
CHIEF UNITED STATES DISTRICT JUDGE



# Certificate of Good Standing

State of Oregon          )
                         )  ss.
County of Washington     )

I, Troy Wood, do hereby certify that I am Regulatory Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**JESSICA PEZLEY, BAR NO. 145193**

was admitted to practice law in the State of Oregon by examination and became an active member of the Oregon State Bar on October 10, 2014.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Ms. Pezley is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 23rd day of November, 2021.

_____
Troy Wood
Regulatory Counsel
Oregon State Bar

*This certificate expires 60 days from the date of issuance*